JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMANDO G., | ) | NO. CV 21-1314-DMG(E) |
|         Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
|         Defendant. | ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

DATED: August 4, 2022

                                                     /s/ Dolly M. Gee
                                                   DOLLY M. GEE
                                       UNITED STATES DISTRICT JUDGE