# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: CV 21-1314-DMG (Ex)<br><br>**ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(D) [34]** |

Pursuant to the parties' Stipulation, Plaintiff's Affidavit and Assignment of EAJA Fees, the documents filed, and the proceedings in this matter,

**IT IS HEREBY ORDERED** that Plaintiff is awarded attorney's fees in the total amount of $6,500 as authorized by 28 U.S.C. §2412.

DATED: November 28, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE